## WARD v. STATE.
### No. 25325.

Court of Criminal Appeals of Texas.
May 30, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by indictment with theft of property of the value of more than $50.00, to which he entered his plea of "guilty." The jury found him guilty and assessed his punishment at confinement in the penitentiary for two years.

The transcript before this court contains no sentence, without which this court has no jurisdiction to enter any order herein.

The appeal is dismissed.